# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**

25 August 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

RUBEN IAN THOMSON

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 371 – Conspiracy;
18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B) – Obtaining Information from a Protected Computer;
18 U.S.C. § 2 – Aiding and Abetting;

A true bill.

/s/ Foreperson of the Grand Jury
Foreman

Filed in open court this 25th day of

August, 2026.

Clerk

Bail, $ Warrant

Thomas S. Hixson, U.S. Magistrate Judge