**FILED**
25 August 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. RUBEN IAN THOMSON

**CASE NUMBER:** 3:26-cr-00426 CRB
CR

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | **Yes** | **No** ✔ | |
| **Total Number of Defendants:** | **1** ✔ | **2-7** | **8 or more** |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | **Yes** | **No** ✔ | |
| **Venue (Per Crim. L.R. 18-1):** | **SF** ✔ | **OAK** | **SJ** |
| **Is this a potential high-cost case?** | **Yes** | **No** ✔ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | **Yes** | **No** ✔ | |
| **Is this a RICO Act gang case?** | **Yes** | **No** ✔ | |

**Assigned AUSA (Lead Attorney):** Daniel N. Kassabian

**Date Submitted:** 08/26/2026

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM SAVE PDF